IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR G. QUIROZ,

        Plaintiff,                       No. CIV S-07-1166 GEB GGH P

vs.

STATE OF CALIFORNIA, et al.,

        Defendants.             ORDER

_____/

        Plaintiff has filed a document entitled "Petition for Writ of Habeas Corpus Challenging Decision to Involuntary Administer Medication." Plaintiff is presently confined at Napa State Hospital in Napa, California. Plaintiff requests that the court prohibit doctors at Napa State Hospital from involuntarily medicating him. The court construes this action as a civil rights action pursuant to 42 U.S.C. § 1983.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1   In this case, none of the defendants reside in this district.  The claim arose in Napa
2 County, which is in the Northern District of California.  Therefore, plaintiff's claim should have
3 been filed in the United States District Court for the Northern District of California.  In the
4 interest of justice, a federal court may transfer a complaint filed in the wrong district to the
5 correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir.
6 1974).
7   Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
8 United States District Court for the Northern District of California.
9 DATED:  8/22/07

/s/ Gregory G. Hollows

10 _____
UNITED STATES MAGISTRATE JUDGE
11
12
13 qui1166.tra